1022

[No. 37766-7-II.   Division Two.   January 26, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. NATHAN D. GONCALVES, *Appellant*.

Appeal from a judgment of the Superior Court for Skamania County, No. 08-1-00040-9, E. Thompson Reynolds, J., entered May 15, 2008. *Reversed* by unpublished opinion per Bridgewater, J., concurred in by Houghton, J.; Hunt, J., dissenting.

[No. 37794-2-II.   Division Two.   January 26, 2010.]

*In the Matter of* BRENDA M. BRYANT, *Appellant*, and ALEX LOPEZ, *Respondent*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 06-2-02800-9, M. Karlynn Haberly, J., entered May 9, 2008. *Affirmed* by unpublished opinion per Quinn-Brintnall, J., concurred in by Penoyar, A.C.J., and Hunt, J.

[No. 37917-1-II.   Division Two.   January 26, 2010.]

TERRY T. TILTON, *Appellant*, v. QUALITY FOOD CENTERS, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 06-2-10189-3, Susan Serko, J., entered May 30, 2008. *Reversed* and *remanded* by unpublished opinion per Quinn-Brintnall, J., concurred in by Bridgewater and Hunt, JJ.

[No. 38241-5-II.   Division Two.   January 26, 2010.]

WAL-MART STORES, INC., ET AL., *Respondent*, v. CLARK COUNTY, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 07-2-02104-4, James E. Warme, J., entered July 28, 2008. *Affirmed in part* and *remanded* by unpublished opinion per Van Deren, C.J., concurred in by Houghton and Quinn-Brintnall, JJ.